**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DTCC DATA REPOSITORY (U.S.) LLC, and THE DEPOSITORY TRUST & CLEARING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:13-cv-00624-ABJ |
| v. | ) ) | |
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT COMMODITY FUTURES TRADING COMMISSION'S
NOTICE REGARDING THE FILING OF THE ADMINISTRATIVE RECORD**

Pursuant to this Court's minute order of July 24, 2013, Defendant Commodity Futures Trading Commission hereby notifies this Court that it proposes to file the administrative record in the above-captioned matter 14 days after it files its answer.

Plaintiffs filed their amended complaint in this matter on June 10, 2013. Dkt. 15. The amended complaint contains five counts, and challenges three separate actions. On June 28, the Commission moved to dismiss four of the five counts of the amended complaint. Dkt. 17. If this motion is granted, only one count will remain, and that count challenges only one action. Because the outcome of the Commission's motion to dismiss may affect the scope of the amended complaint, the Commission sought to extend the time for the filing of its answer until 14 days after this Court rules on the motion to dismiss. Dkt.18. This Court granted that motion by minute order dated July 1.

Just as the outcome of the motion to dismiss may affect the scope of the answer the Commission will have to file, the outcome may have a similar impact on the administrative record. In particular, if this Court dismissed the counts challenged by the Commission, the Commission will not have to gather and submit an administrative record for two of the three actions challenged in the amended complaint. Further, by waiting to submit the administrative record until after the dimension of DTCC's challenge has been resolved, the Commission will avoid submitting documents to this Court that will be irrelevant if this Court dismisses the challenged counts of the amended complaint.

Accordingly, the Commission proposes to file the administrative record in this matter 14 days after it files its answer.

Respectfully submitted,

Jonathan L. Marcus, D.C. Bar No. 451172
  *General Counsel*

Robert A. Schwartz, D.C. Bar No. 489240
  *Deputy General Counsel*

Lawrence DeMille-Wagman, D.C. Bar No. 929950
  *Assistant General Counsel*

Anne W. Stukes, D.C. Bar No. 469446
  *Counsel*

Melissa C. Chiang, D.C. Bar No. 1007553
  *Counsel*

 /s/ Anne W. Stukes

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5127
astukes@cftc.gov

**CERTIFICATE OF SERVICE**

I certify that on July 26, 2013, I caused the Commission's Notice Regarding the Filing of the Administrative Record to be served on counsel of record using this Court's CM/ECF system.

/s/ Anne W. Stukes