**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DTCC DATA REPOSITORY (U.S.) LLC, and THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:13-cv-00624-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT UNITED STATES COMMODITY FUTURES TRADING COMMISSION'S UNOPPOSED MOTION FOR SUSPENSION OF DEADLINES DURING LAPSE IN APPROPRIATIONS**

Defendant Commodity Futures Trading Commission ("Commission") hereby notifies this Court and all parties that, due to a lapse in government funding, all non-essential government employees, including undersigned counsel, have been furloughed and prohibited by law from performing actions related to their employment.  *See* 31 U.S.C. § 1341 ("Anti-deficiency Act"). This includes complying with any deadlines that may arise in this case during the period that the government is shut down. [1]

Accordingly, the Commission respectfully requests that this Court suspend any deadlines applicable to the CFTC that may apply or arise during the government shutdown, until such time as undersigned counsel's employment status is reinstated.  In the event the Court or the parties need to communicate with counsel for the Commission in an emergency, the following counsel

---

[1] Counsel for the CFTC is able to file this Notice pursuant to authority to conduct an orderly shutdown in the event of a lapse in appropriations.  *See* OMB Circular A-11 § 124, *available at*, http://www.whitehouse.gov/sites/default/files/omb/assets/a11_current_year/s124.pdf.

will be available:  Jonathan L. Marcus, Esq., General Counsel, 1155 21st Street NW, Washington, DC 20581, jmarcus@cftc.gov, (202) 418-5649.

On September 30, 2013, undersigned counsel contacted counsel for Plaintiffs, who indicated that Plaintiffs reserve the right to notify the Court if an emergency should arise in the interim, but do not otherwise oppose the relief sought in this motion.

Dated:  October 1, 2013                              Respectfully submitted,

Jonathan L. Marcus, D.C. Bar No. 451172
  *General Counsel*

Robert A. Schwartz, D.C. Bar No. 489240
  *Deputy General Counsel*

Anne W. Stukes, D.C. Bar No. 469446
  *Assistant General Counsel*

Melissa C. Chiang, D.C. Bar No. 1007553
  *Counsel*

/s/ Anne W. Stukes

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5127
astukes@cftc.gov

# CERTIFICATE OF SERVICE

I certify that on October 1, 2013, I served the Commission's Motion for Suspension of Deadlines During Lapse in Appropriations on counsel of record using this Court's CM/ECF system.

/s/ Anne W. Stukes