UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DTCC DATA REPOSITORY (U.S.) LLC, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 13-0624 (ABJ) |
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 12 and for the reasons set forth in the accompanying Memorandum Opinion, it is ORDERED that defendant's motion to dismiss Counts I, III, IV, and V [Dkt. # 17] of the amended complaint [Dkt. # 15] is GRANTED in part and DENIED in part.

The Court hereby GRANTS defendant's motion to dismiss Counts I, IV, and V for failure to state a claim upon which relief can be granted. The Court DENIES as moot defendant's motion to dismiss Count V as duplicative of Count IV. The Court also DENIES defendant's motion to dismiss Count III. Plaintiffs' claims in Counts II and III of the amended complaint will proceed.

*[signature: Amy B. Jackson]*

AMY BERMAN JACKSON
United States District Judge

DATE: March 10, 2014