**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DTCC DATA REPOSITORY (U.S.) LLC and THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendant. | Case No. 1:13-cv-00624-ABJ |

**STIPULATION AND ORDER**

The parties, through counsel, hereby stipulate that the time for plaintiffs to respond to footnote 24 of the defendant's memorandum of law in opposition to plaintiffs' motion for summary judgment and in support of the CFTC's cross-motion for summary judgment, Dkt. # 40-1 at 43-45, will be when plaintiffs file their opposition to the CFTC's cross-motion for summary judgment and reply in further support of plaintiffs' motion for summary judgment and not in a separate filing.

Respectfully submitted,

| | |
|---|---|
| /s/ John Oberdorfer | /s/ Anne W. Stukes |
| John Oberdorfer (D.C. Bar # 145714) | Jonathan L. Marcus (D.C. Bar # 451172) |
| Andrew Friedman (D.C. Bar # 462131) | *General Counsel* |
| Samantha Petrich (D.C. Bar # 502471) | Robert A. Schwartz (D.C. Bar # 489240) |
| Mary Moore (pro hac vice) | *Deputy General Counsel* |
| SQUIRE PATTON BOGGS LLP | Anne W. Stukes (D.C. Bar # 469446) |
| 2550 M Street, NW | *Assistant General Counsel* |
| Washington, DC  20037 | Melissa C. Chiang (D.C. Bar # 1007553) |
| P: 202.457.6000 | *Counsel* |
| F: 202.457.6315 | Commodity Futures Trading Commission |
| john.oberdorfer@squirepb.com | Three Lafayette Centre |
| andrew.friedman@squirepb.com | 1155 21st Street, N.W. |
| samantha.petrich@squirepb.com | Washington, D.C. 20581 |
| mary.moore@squirepb.com | (202) 418-5127 |
| | astukes@cftc.gov |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

Dated: June 19, 2014

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____, 2014          _____

                                                                                Amy Berman Jackson
                                                                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Stipulation and Order to be electronically filed using the CM/ECF system on June 19, 2014.

By:  /s/ John Oberdorfer